UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DWANE BUNBURY, | Case No. 2:19-CV-729 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| USAA SAVINGS BANK, | |
| Defendant(s). | |

Presently before the court is the matter of *Bunbury v. USAA Savings Bank*, case number 2:19-cv-00729-JCM-VCF.

On May 14, 2019, petitioner Carlos C. Alsina-Batista filed a petition for permission to practice *pro hac vice*. (ECF No. 6). On May 21, 2019, petitioner filed a second corrected petition in compliance with the court's order. (ECF No. 12). The second corrected petition shows that petitioner's office is located at 4740 Green River Rd., Suite 310, Corona, California. *Id*. However, page two of the petition shows that petitioner is practicing in Texas. *Id*. In light of this inconsistency, the court will deny petitioner's verified petition (ECF No. 12). *See* LR IA 11-2(h) ("The court may grant or deny a petition to practice under this rule.").

Petitioner shall file, within ten (10) days of the entry of this order, a verified petition that fully complies with the applicable local rules. Failure to timely comply will result in "the striking of any and all documents previously filed by the attorney." LR IA 11-2(j).

Accordingly,

IT IS SO ORDERED.

DATED May 28, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan
U.S. District Judge**