Jeremy Branch – Bar #303240
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: jeremyb@jlohman.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DWANE BUNBURY, | ) |
|       Plaintiffs, | ) Case No.: 2:19-cv-00729-JCM-GWF |
| v. | ) |
| | ) NOTICE OF SETTLEMENT |
| USAA SAVINGS BANK, | ) |
|       Defendant. | ) |

## **NOTICE OF SETTLEMENT**

Plaintiff DWANE BUNBURY notifies this Court that Plaintiff and Defendant USAA SAVINGS BANK, have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (30) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Respectfully submitted the 30th day of December 2019.

By: */s/ Jeremy E. Branch*
    Jeremy E. Branch – Bar #303240
    The Law Offices of Jeffrey Lohman, P.C.
    4740 Green River Road, Suite 310

- 2 -

        Corona, CA 92880
        Tel. (866) 329-9217 ext. 1009
        Fax: (657) 246-1312
        Email: jeremyb@jlohman.com
        Attorney for Plaintiff, DWANE BUNBURY

# **CERTIFICATE OF SERVICE**

I certify that on December 30, 2019 I filed Plaintiff DWANE BUNBURY's Notice of Settlement using the CM/ECF system, which will provide notice to the following:

David M. Krueger
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
216-363-4500
Fax: 216-363-4588
Email: dkrueger@beneschlaw.com

Nora K. Cook
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
216-363-4500
Fax: 216-363-4588
Email: NCook@beneschlaw.com

Priscilla L. O'Briant
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702-893-3383
Fax 702-893-3789
Email: priscilla.obriant@lewisbrisbois.com

By: *Jeremy E.Branch*
Jeremy E. Branch
*Pro Hac Vice*
LAW OFFICE OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: jeremyb@jlohman.com
Attorney for Plaintiff, DWANE BUNBURY