Jeremy Branch – Bar #303240
*Admitted Pro Hac Vice*
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA 92880
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
EMAIL: jeremyb@jlohman.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DWANE BUNBURY,<br><br>             Plaintiffs,<br><br>     v.<br><br><br><br>USAA SAVINGS BANK,<br><br>             Defendant. | Case No.: 2:19-cv-00729-JCM-GWF<br><br><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff DWANE BUNBURY ("Plaintiff") and Defendant USAA SAVINGS BANK ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

*[continued on following page]*

Respectfully submitted the 13th day of January 2020.

By: */s/ Jeremy E. Branch*
Jeremy E. Branch – Bar #303240
*Admitted Pro Hac Vice*
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: jeremyb@jlohman.com
*Attorney for Plaintiff*


By: */s/ David M. Krueger*
David M. Krueger
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
216-363-4500
Fax: 216-363-4588
Email: dkrueger@beneschlaw.com
*Attorney for Defendant*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:_____**

JOINT STIPULATION OF DISMISSAL

**CERTIFICATE OF SERVICE**

I certify that on January 13, 2020 a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL was filed using the CM/ECF system, which will provide notice to the following:

David M. Krueger
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
216-363-4500
Fax: 216-363-4588
Email: dkrueger@beneschlaw.com

Nora K. Cook
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
216-363-4500
Fax: 216-363-4588
Email: NCook@beneschlaw.com

Priscilla L. O'Briant
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702-893-3383
Fax 702-893-3789
Email: priscilla.obriant@lewisbrisbois.com

By: */s/ Jeremy E. Branch*
Jeremy E. Branch – Bar #303240
*Admitted Pro Hac Vice*
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: jeremyb@jlohman.com
*Attorney for Plaintiff*

- 3 -
JOINT STIPULATION OF DISMISSAL